```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
         - v. -                    :     UNSEALING ORDER
                                   :
JUAN FRANCISCO CUARTAS VILLEGAS,   :     21 Mag. 122
PABLO EFRAIN CAMERO BERNAL,        :
JOSE MARIA CASTILLO BERRIO, and    :
JESUS ALBERTO MORELO CASTILLO,     :
                                   :
         Defendants.               :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Kyle Wirshba and Jacob Gutwillig;

It is found that the Complaint in the above-captioned action, 21 Mag. 122, is currently sealed and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       January 12, 2021

                                         _____
                                         HONORABLE ONA T. WANG
                                         UNITED STATES MAGISTRATE JUDGE